**Order entered February 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00243-CV

### IN RE TIMOTHY SCOTT HARRIMAN, Relator

### On Appeal from the Criminal District Court No. 5
### Dallas County, Texas
### Trial Court Cause No. F94-01553-ML

## ORDER

The Court has before it relator's petition for writ of mandamus. The Court requests that

real party in interest and respondent file any responses by March 4, 2013.


/s/     DAVID L. BRIDGES
           JUSTICE